JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KONG COMPANY, LLC, a Colorado limited liability company,<br><br>   Plaintiff,<br><br>  vs.<br><br>TODD STEFANIAK, a Florida individual; and WTF WHOLESALE SUPPLIERS CORP., a Florida corporation<br><br>   Defendants. | Case No. 10-6280 DSF (SHx)<br><br>JUDGMENT |

  The Court having dismissed this action for lack of personal jurisdiction over either Defendant,

  IT IS NOW ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that, pursuant to 28 U.S.C. § 1919, Defendants recover costs as determined by a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/6/11

                 Dale S. Fischer
                 United States District Judge